UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 2:13-cr-9-04

v.        HON. R. ALLAN EDGAR

Kristin Ellen Bergeron,

        Defendant.
_____/

**REPORT AND RECOMMENDATION**

On February 3, 2015, a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging 14 violations of the defendant's conditions of supervised release.

An initial appearance was conducted on August 4, 2015, at which time the defendant waived her right to a preliminary hearing and was given time to determine if a revocation hearing was necessary.

On September 3, 2015, the parties appeared before the undersigned for a revocation hearing and defendant waived her right to appear before a district judge, her right to allocution before a district judge, and her right to sentencing before a district judge. At this time, the defendant admitted to violation #12 as set forth in the petition (and amended on the record). For the reasons stated on the record, it is recommended that the

defendant's supervised release be revoked and defendant be released to an in-patient treatment facility. Defendant will return for sentencing upon discharge from treatment..

Date:      9/3/2015                              /s/ Timothy P. Greeley
                                                                                             TIMOTHY P. GREELEY
                                                                                             United States Magistrate Judge

**NOTICE TO PARTIES**

       You have the right to <u>de novo</u> review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).