UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 2:13-cr-9-04

v.        HON. R. ALLAN EDGAR

Kristin Ellen Bergeron,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objections have been filed thereto within the time required by law.

THEREFORE IT IS ORDERED THAT:

1. The Report and Recommendation of the Magistrate filed 9/3/2015 (Doc. #228) is approved and adopted as the opinion and findings of this Court.

2. Defendant's supervised release be revoked and defendant be released to an in-patient treatment facility; and

3. Defendant return to this Court for sentencing upon discharge from treatment.

Date: 9/21/2015

        /s/ R. Allan Edgar
        R. ALLAN EDGAR
        UNITED STATES DISTRICT JUDGE